**DOLORES K. SLOVITER**
CIRCUIT JUDGE

August 11, 2008

18614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
PHILADELPHIA, PA. 19106

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Calendar Year 2007 Filing

Dear Committee on Financial Disclosure:

This is in response to your letter dated July 18, 2008 with respect to my Financial Disclosure Report dated May 15, 2008.

You correctly surmised that the salary listed of $10,392 was the annual income received in 2007 from my teaching for Temple University.

With respect to purchases listed in Part VII, it was my earlier understanding that the Value Code of purchases should be listed in Column C. Now that you have advised me that they should be in Column D(3), please consider this as an amendment so that the Value Codes listed for each in Column C, on page 1, entry 2, page 3, entry 5, page 4, entry 2, page 7, entries 4 and 5, page 8, entry 5, and page 10, entry 2, are transferred to Column D(3).

Sincerely,

Dolores K. Sloviter

DKS/mv
Enclosures (original & 3 copies of letter)

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SLOVITER, DOLORES K. | United States Court of Appeals for the Third Cir. | 5/15/08 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge - Active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/07, 12/31/07 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 18614 United States Courthouse 601 Market Street Philadelphia, PA 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2008 MAY 14 P 12:28 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/08 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Monthly Salary - 2007 | Temple University, Phila., PA - Salary | $10,392 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolores K. Sloviter | 5/15/08 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/08 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE ATTACHED PAGES 1 to 10 | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets (Place "(X)" after each asset exempt prior dis-closure) | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/seller |
| AT&T - com. stock | D | Div. | M | T | | | | | |
| Beneficial Mutual Bancorp - com. stock | None | | J | T | Purch. | 7/13 | | | |
| Comcast CMCSA - com. stock (held as Trustee) | None | | J | T | | | | | |
| Exelon - com. stock | C | Div. | M | T | | | | | |
| GE - com. stock | C | Div. | M | T | | | | | |
| T&T Industries - com. stock | A | Div. | J | T | | | | | |

. Income/Gain Codes:     A = $1,000 or less        B = $1,001 to $2,500
  C = $2,501 to $5,000    D = $5,001 to $15,000     E = $15,001 to $50,000
  F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

. Value Codes:          J = $15,000 or less          K = $15,001 to $50,000
  L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
  O = $500,001 to $1,000,000   P = over $1,000,000

. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
  S = Assessment        T = Cash/market  U = Book value   V = Other
  W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/seller |
| HanesBrand, Inc. - com. stock | None | | J | T | | | | | |
| Hartford Fin. Services - com. stock | A | Div. | K | T | | | | | |
| PSEG - (Exelon merger called ASO) | A | Div. | K | T | | | | | |
| Rayonier - com. stock | A | Div. | J | T | | | | | |
| Sara Lee - com. stock | A | Div. | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less     B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:       J = $15,000 or less      K = $15,001 to $50,000
   L = $50,001 to $100,000   M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:   Q = Appraisal    R = Cost (real estate only)
   S = Assessment      T = Cash/market   U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/seller |
| Vanguard Mun. Bond Funds | G | Div. & cap. gain | P | T | see VIII | | | | |
| Vanguard Wind-sor II | F | Div. & cap. gain | O | T | see VIII | | | | |
| Vanguard Star Fund | C | Div. & cap. gain | L | T | | | | | |
| Vanguard 500 Index Fund | B | Div. | M | T | | | | | |
| Allegheny Higher Ed. 4.5%, '22 | None | | J | T | Purch. | 8/15 | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Bucks County W & S, 5%, '22 | A | Int. | J | T | | | | | |
| Chambersburg S.D., 4.6%, '25 | None | | K | T | Purch. | 6/22 | | | |
| Dauphin Cty., 4.4%, '19 | A | Int. | J | T | | | | | |
| Dauphin Cty., 4.5%, '26 | A | Int. | J | T | | | | | |
| Del. Pa. & NJ Riv., 5.4%, '14 | A | Int. | J | T | | | | | |

---

1. Income/Gain Codes:    A = $1,000 or less        B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:        J = $15,000 or less        K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment        T = Cash/market  U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior disclosure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity from buyer/seller |
| Greater Johnstown, 5%, '08 | A | Int. | J | T | | | | | |
| Lower Merion S.D., 4.8%, '25 | A | Int. | K | T | | | | | |
| Lower Merion Twp. 5.125%, '18 | B | Int. | K | T | | | | | |
| Luzerne, 5.6%, '16 | A | Int. | | T | Redeem | 12/15 | J | | None |
| Muhlenberg, PA, 5%, '23 | A | Int. | K | T | | | | | |
| Northeastern York, 4.5%, '26 | B | Int. | K | T | | | | | |

---

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001 to $50,000
   L = $50,001 to $100,000   M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000    P = over $1,000,000

3. Value Method Codes: Q = Appraisal    R = Cost (real estate only)
   S = Assessment     T = Cash/market U = Book value   V = Other
   W = Estimated

## VII.  INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Pa. St. Higher Ed. Fac. Auth., 5.25%, '10 | A | Int. | J | T | | | | | |
| Penna. Inter-govt'l, 5 1/4%, '17 | A | Int. | J | T | | | | | |
| Penna., 5 3/4%, '18 | B | Int. | K | T | | | | | |
| Pa. Higher Ed., 6 1/8%, '10 | A | Int. | J | T | | | | | |
| Pa. Turnpike, 5% '23 | A | Int. | J | T | | | | | |

---

1.  Income/Gain Codes:     A = $1,000 or less         B = $1,001 to $2,500
    C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
    F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2.  Value Codes:          J = $15,000 or less          K = $15,001 to $50,000
    L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
    O = $500,001 to $1,000,000    P = over $1,000,000

3.  Value Method Codes:  Q = Appraisal    R = Cost (real estate only)
    S = Assessment          T = Cash/market  U = Book value   V = Other
    W = Estimated

## VII.  INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets<br><br>Place "(X)" after each asset exempt prior dis-closure | B. Income during period | | C. Gross Value at end of period | | | D. Transactions during period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | **If not exempt from disclosure**<br>Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Pa. Turnpike, 5%, '23 | A | Int. | J | T | | | | | |
| Pa. 4th Series, 4.5%, '24 | A | Int. | K | T | | | | | |
| Pa. Turnpike, 4.75%, '27 | A | Int. | J | T | | | | | |
| Pa. First Series B, 4.375%, '27 | None | | K | T | Purch. | 5/23 | | | |
| Pa. St. Pub. Sch. Bldg., 4.3%, '27 | A | Int. | J | T | Purch. | 4/6 | | | |

1.  Income/Gain Codes:    A = $1,000 or less      B = $1,001 to $2,500
    C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
    F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2.  Value Codes:        J = $15,000 or less        K = $15,001 to $50,000
    L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
    O = $500,001 to $1,000,000   P = over $1,000,000

3.  Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
    S = Assessment        T = Cash/market  U = Book value   V = Other
    W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A.<br><br>Description of Assets<br><br>Place "(X)" after each asset exempt prior dis- closure | B.<br><br>Income during period<br><br>Amt. Code[1] (A-H) | Type (e.g., div.) | C.<br><br>Gross Value at end of period<br><br>Value Code[2] (J-P) | Value Method Code[3] (Q-W) | D.<br><br>Transactions during period<br><br>Type (e.g., sold) | If not exempt from disclosure<br>Date: Month- Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden- tity from buyer/ seller |
|---|---|---|---|---|---|---|---|---|---|
| Pa. St. Ed. Fin. A., 5.625%, '27 | B | Int. | | T | Redeem | 6/1 | K | A | |
| Phila. Parking, 5.125%, '24 | A | Int. | J | T | | | | | |
| Pittsburgh, 5%, '21 | A | Int. | J | T | | | | | |
| Pleasant Valley, Pa., 5.1%, '12 | A | Int. | | T | Redeem | 9/1 | J | None | |
| Somerset S.D., 4.2%, '22 | A | Int. | K | T | Purch. | 4/11 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (real estate only)
   S = Assessment    T = Cash/market U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets | B. Income during period | | C. Gross Value at end of period | | | D. Transactions during period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Southeast Delco S.D., 4.30%, '26 | A | Int. | K | T | | | | | |
| Springfield, 5.2%, '17 | A | Int. | J | T | | | | | |
| Susquehanna Twp. Auth. Pa., 6%, '13 | A | Int. | J | T | | | | | |
| Upper Dublin, 5%, '14 | A | Int. | J | T | | | | | |
| Wilkes-Barre Area S.D., 5.25%, '14 | A | Int. | | T | Redeem | 4/1 | J | | None |

---

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000

3. Value Method Codes: Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market U = Book value  V = Other
   W = Estimated

VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Wachovia Accts. | A | Int. | K | T | | | | | |
| Temple University Charitable Gift Annuity | A | Int. | K | T | Purch. | 9/19 | | | |

---

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000   E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment      T = Cash/market U = Book value   V = Other
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dolores K. Sloviter | 5/15/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The Vanguard Municipal Bond Funds in VII have checking account features and were used for various transactions throughout the year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544